IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THE PINES OF WESTBURY, LTD, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-10-2105 |
| § | |
| COMMONWEALTH INSURANCE § | |
| COMPANY, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Commonwealth Insurance Company's Motion to Stay Proceedings and Compel Appraisal is not opposed an dis granted. (Docket Entry No. 14). This case is stayed until the appraisal process provided for in the insurer defendants' policies has concluded and the designated umpire has issued the decision. This case is administratively closed pending the completion of the appraisal process. The case will be reinstated to the active docket on motion filed by either party within 14 days after the umpire issues the decision.

SIGNED on August 31, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge